IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHRISTOPHER LAWRENCE MANEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:12CV800 |
| | ) | |
| CHIEF JAMES FEALY, individually and in his official capacity, OFFICER TERENCE GARRISON, individually and in his official Capacity, THE CITY OF HIGH POINT, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

**NOW COMES** Plaintiff, Christopher Lawrence Maney, by and through counsel, and hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit, from the Order of the District Court granting Defendants' Motion for Summary Judgment, entered on November 17, 2014

This the 19th day of November, 2014.

/s/John C. Vermitsky
NC Bar No. 35627
Attorney for Plaintiff

MORROW PORTER VERMITSKY FOWLER & TAYLOR, PLLC
3890 Vest Mill Road
P.O. Box 25226
Winston-Salem, NC 27114-5226
(336) 760-1400
jvermitsky@morrowporter.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
12-CV-00800

| | |
|---|---|
| **CHRISTOPHER LAWRENCE MANEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CHIEF JAMES FEALY, individually and in** )<br>**his official capacity, OFFICER TERENCE** )<br>**GARRISON, individually and in his official** )<br>**Capacity, THE CITY OF HIGH POINT,** )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on November 19, 2014, I electronically filed the foregoing Notice Of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth P. Carlson, Jr., Corinne B. Jones, Patrick M. Kane, Michael J. Lewis and Benjamin D. Porter and I hereby certify that I have mailed the document to the following non CM/ECF participants:

Respectfully submitted,

/s/ John C. Vermitsky
NC State Bar No. 35627
Attorney for Plaintiff

Of Counsel:
Morrow Porter Vermitsky Fowler & Taylor, PLLC
P. O. Box 25226 (27114-5226)
3890 Vest Mill Road
Winston-Salem, NC 27103
Tel: (336)760-1400
Fax: (336) 760-4520
Email: jvermitsky@morrowporter.com